**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DORIS PALACIOS,<br><br>        Plaintiff,<br><br>-against-<br><br>KHRG 851 LLC,<br><br>        Defendant. | Civil Action No. 1:25-cv-6659<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that the undersigned Grayson Moronta of Seyfarth Shaw, LLP, hereby appears in this action on behalf of the Defendant, KHRG Employer LLC (incorrectly identified as KHRG 851 LLC in the Complaint).  I hereby certify that I am admitted to practice in the Southern District of New York.

        Respectfully submitted,

        SEYFARTH SHAW LLP


        */s/ Grayson Moronta*
        Grayson Moronta
        gmoronta@seyfarth.com
        SEYFARTH SHAW LLP
        1075 Peachtree Street, N.E.
        Suite 2500
        Atlanta, GA 30309-3958
        Telephone: (404) 885-1500
        Facsimile: (404) 892-7056

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 5, 2025, I electronically filed a true copy of the foregoing via ECF, which will automatically send e-mail notification of such filing on all counsel of record.

                                                 */s/ Grayson Moronta*
                                                 Grayson Moronta