UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

DORIS PALACIOS,

          Plaintiff,

  -against-

KHRG 851 LLC,

          Defendant.

------------------------------------------------------- X

Index No. 1:25-cv-6659

**DEFENDANT'S CORPORATE
DISCLOSURE STATEMENT**

## DEFENDANT KHRG 851 LLC'S CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1, and pursuant to Local Rule 7.1.1 of the United States District Courts for the Southern District of New York, Defendant KHRG 851 LLC ("KHRG" and/or "Defendant") submits the following Disclosure Statement.

Counsel for Defendant hereby certifies that KHRG 851 LLC is a subsidiary of Kimpton Hotel & Restaurant Group, LLC. Kimpton Hotel & Restaurant Group, LLC is a subsidiary of Dunwoody Operations, LLC whose immediate parent is Six Continents Hotels, Inc.

There exist no publicly-held corporations which own 10% or more of Six Continents Hotels, Inc.'s stock.  Therefore, no publicly held corporation owns 10% of more of Defendant's stock.

Dated: September 23, 2025

Respectfully submitted,

SEYFARTH SHAW LLP


By: */s/ Grayson Moronta*
    Grayson Moronta
    gmoronta@seyfarth.com
    SEYFARTH SHAW LLP
    1075 Peachtree Street, N.E.
    Suite 2500
    Atlanta, Georgia  30309-3958
    Telephone:  (404) 885-1500
    Facsimile:  (404) 892-7056

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2025, I presented the foregoing ***DEFENDANT'S CORPORATE DISCLOSURE STATEMENT*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Grayson Moronta*
Grayson Moronta
*Counsel for Defendant*