

Seyfarth Shaw LLP

1075 Peachtree Street, N.E.

Suite 2500

Atlanta, Georgia  30309-3958

T (404) 885-1500

F (404) 892-7056


gmoronta@seyfarth.com

T (404) 704-9671


www.seyfarth.com

October 9, 2025

**VIA ECF**

Hon. Gregory H. Woods III
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *Doris Palacios v. KHRG 851 LLC*, Civil Index No. 1:25-cv-6659 (SDNY)

Dear Judge Woods:

Our Firm represents Defendant KHRG 851 LLC, ("KHRG") in the above-referenced matter. Pursuant to Rule 3(b) of the Southern District of New York Procedures of the Mediation Program ("Mediation Rules"), we respectfully request removal from mediation.

After reviewing the merits of this dispute, it is apparent that early resolution cannot be achieved and participation in the program would not promote judicial economy or conserve party resources. Thus, we respectfully request removal from mediation.

Thank you for your consideration.

Very truly yours,

SEYFARTH SHAW LLP


*/s/ Grayson Moronta*


Grayson Moronta


GM

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2025, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>
> */s/ Grayson Moronta*
> Grayson Moronta
> *Attorneys for Defendant*