

# CONSUMER
# JUSTICE
## LAW FIRM

June 24, 2026    **MEMORANDUM ENDORSED**

**VIA CM/ECF**
Hon. Gregroy H. Woods
United States District Judge
United States District Court – Southern District of New York
Daniel Patrick Moynihan, United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/2026

Re: Palacios, Doris vs. KRHG 851, LLC
Case No. 1:25-cv-06659-GHW

Dear Judge Gregory H. Woods

Pursuant to the Judge's Individual Rules of Practice, Plaintiff hereby submit a status letter requesting a forty-five (45) day extension of all deadlines in this matter.

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, a district court may extend a deadline for good cause if the request is made before the original deadline, or its extension expires. *Manigault v. ABC Inc.*, 796 F. App'x 13, *15 (2d Cir. 2019) (citing Fed. R. Civ. P. 6(b)(1)(A)). In accordance with Your Honor's Individual Practice Rule 1(D) and the Court's order (ECF No. 35), Plaintiff respectfully seeks an extension of all remaining deadlines by 45 days to the following:

| Event | Original Deadline | Requested Deadline |
|---|---|---|
| Fact Discovery | July 1, 2026 | August 14, 2026 |
| Depositions | July 1, 2026 | August 14, 2026 |
| Confer to Discuss Settlement | July 15, 2026 | August 28, 2026 |



1

| Initial Expert Disclosure | August 1, 2026 | September 15, 2026 |
|---|---|---|
| Rebuttal Expert Disclosure | September 1, 2026 | October 16, 2026 |
| Expert Discovery | October 15, 2026 | November 30 2026 |
| Request Pre-Motion Conference | October 22, 2026 | December 7, 2026 |
| Joint Letter | October 23, 2026 | December 7, 2026 |
| Status Conference | December 2, 2026 | January 15, 2027 |
| Joint Pretrial Order | November 15, 2026 | December 30, 2026 |
| Dispositive Motions | November 15, 2026 | December 30, 2026 |

Plaintiff's counsel scheduled a deposition of Defendant and a witness Jason Thompson the union representative involved in the matter for June 30, 2026. However, Plaintiff's counsel is no longer employed by Consumer Justice Law Firm as of May 22, 2026 and has joined a new firm. Defendant's Counsel has indicated that the June 30[th]depo date does not work and has requested that we move the date past the deadline.

Plaintiff's counsel conferred with Counsel for Defendant on June 23, 2026, and Defendant is not opposed to this request.

The parties are currently diligently working on scheduling depositions. Defendant's counsel is working on providing availability for the 30(b)(6) deposition and depositions of third-parties.

This is Plaintiff's second request for an extension of all deadlines.

Application denied without prejudice. As stated on the record during the initial pretrial conference in this cases and repeated during the conference held in connection with the first request for an extension of deadlines, an extension will only be granted for good cause. At the heart of good cause is a showing of diligence. The parties have not met this standard. They state that they are "working diligently" to schedule depositions. The Court understands that multiple depositions remain to be scheduled, despite the deadline being one week from today. They also state that Plaintiff's firm no longer employs the attorney to whom this case was assigned. As stated in the initial pretrial conference, the deadlines in this case are deadlines for the parties, not their counsel. Therefore, new counsel is not sufficient reason to alter the schedule once more. The Court orders the parties to order and review the transcript of the prior discovery conference in this case. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 29.

Thank you,

By: /s/ Pamela Rosario
Pamela Rosario, NY Bar No. 7717736
CONSUMER JUSTICE LAW FIRM
72-47 139th Street
Flushing, NY 11367
T: (718) 874-8526
F: (480) 613-7733
E: prosario@consumerjustice.com
*Attorneys for Plaintiff*
*Doris Palacios*

SO ORDERED.
Dated: June 24, 2026
New York, New York


GREGORY H. WOODS
United States District Judge

2

