USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

DORIS PALACIOS,                                          :
                                                        :
                                                        :
                              Plaintiff,                :        1:25-cv-6659-GHW
                                                        :
              -v-                                       :        ORDER
                                                        :
KHRG 851 LLC,                                           :
                                                        :
                              Defendant.                :
                                                        :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the conference held on June 30, 2026, Defendant's request for a protective order such that it need not comply with Plaintiff's notice of a deposition under Federal Rule of Civil Procedure 30(b)(6) is granted. To the extent that Defendant requests an extension of discovery deadlines in order to obtain a forensic inspection of Plaintiff's cell phone, that request is denied for the reasons stated on the record. Because there are no other depositions that have been noticed for a time within the discovery deadlines, the Court need not reach any issues related to other hypothetical depositions.

SO ORDERED.

Dated: July 1, 2026
        New York, New York

_____
GREGORY H. WOODS
United States District Judge