AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | | |
|---|---|---|
| DORIS PALACIOS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-06659-GHW |
| KHRG 851, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Doris Palacios                                                                                            .

Date:        07/01/2026                                                     /s/Daniel Cohen
                                                                           *Attorney's signature*

                                                               Daniel Cohen, NY Bar #5481460
                                                               *Printed name and bar number*

                                                                      72-47 139th Street
                                                                      Flushing, NY 11367

                                                                           *Address*

                                                               dcohen@consumerjustice.com
                                                                      *E-mail address*

                                                                      (718) 770-7940
                                                                      *Telephone number*

                                                                      (480) 613-7733
                                                                         *FAX number*

| Print | Save As... | | Reset |