USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 7/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DORIS PALACIOS,

Plaintiff,

-v-

KHRG 851 LLC,

Defendant.

1:25-cv-6659-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On June 30, 2026, the parties filed a joint letter concerning several discovery disputes. Dkt. No. 31. The Court resolved those disputes in a telephonic conference held on June 30, 2026. Dkt. No. 32. In particular, the Court granted Defendant's request for a protective order such that it need not comply with Plaintiff's notice of a deposition under Federal Rule of Civil Procedure 30(b)(6).

On July 17, 2026, Plaintiff filed a motion for reconsideration of that order. Dkt. No. 36. Plaintiff is directed to submit affidavits setting forth the factual record underlying the motion. Plaintiff's deadline to do so is July 21, 2026. Defendant must file an opposition no later than July 25, 2026. Plaintiff's reply, if any, must be filed no later than July 28, 2026.

SO ORDERED.

Dated: July 20, 2026

GREGORY H. WOODS
United States District Judge